PER CURIAM.
Affirmed. See Magazine v. Bedoya, 475 So.2d 1035 (Fla. 3d DCA 1985); Bayview Tower Condominium Association, Inc. v. Schweizer, 475 So.2d 982 (Fla. 3d DCA 1985); Slomowitz v. Walker, 429 So.2d 797 (Fla. 4th DCA 1983); Sternberg v. Barnett Bank of Fort Lauderdale, 400 So.2d 200 (Fla. 4th DCA 1981); John Crescent, Inc. v. Schwartz, 382 So.2d 383 (Fla. 4th DCA 1980); In re Trust of Aston, 245 So.2d 674 (Fla. 4th DCA 1971).